Friday, June 24, 2011

Mr. Thomas Anthony Fuller
The Fuller Law Group, PLLC
2000 E. Lamar Blvd., Suite 600
Arlington, TX 76006
Mr. Michael L. Jones
Henry & Jones LLP
2902 Carlisle Street, Suite 150
Dallas, TX 75204-4078

RE: Case Number: 09-0850
 Court of Appeals Number: 05-08-01039-CV
 Trial Court Number: 05-10124-F

Style: LTTS CHARTER SCHOOL, INC. D/B/A UNIVERSAL ACADEMY
 v.
 JIMMY PALASOTA D/B/A PALASOTA PROPERTY COMPANY

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Michael A. Cruz, Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz |
| |Mr. Gary |
| |Fitzsimmons |